SIGAL CHATTAH, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of Law & Policy
Program Litigation 1
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE VICTORIA GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:25-cv-00870-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 10, filed on August 20, 2025), currently due on September 19, 2025, by 35 days, through and including October 24, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to November 7, 2025.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Defendant's counsel must take unplanned medical leave, which prevents

Defendant's counsel from being able to work on this response. Counsel is also responsible for writing briefs defending the Commissioner in multiple other district court cases with concurrent due dates.

Additional time is required to review the record, to evaluate the issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Counsel for Defendant advised counsel for Plaintiff of the need for this extension on September 18, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including October 24, 2025.

Dated: September 18, 2025

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
Dated September 18, 2025

2